IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CEDRICK D. GRANDISON,                )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    Case No: 2:20-cv-198-ALB-JTA
                                     )
GENPAK LLC,                          )
                                     )
        Defendant.                   )

## NOTICE OF REMOVAL

COMES NOW Defendant Genpak LLC in the above-styled lawsuit and pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446, files its Notice of Removal of this cause from the Circuit Court for Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division. As grounds for the removal of this cause, Defendant shows unto the Court as follows:

1. On February 19, 2020, Plaintiff commenced this action in the Circuit Court for Montgomery County, Alabama. A true and correct copy of the Summons directed to Defendant and the Complaint, with attachments thereto, is attached as Exhibit A.

2. Plaintiff asserts in his Complaint that he is a citizen of Alabama and a resident of Montgomery County, Alabama. (Exhibit A, at Complaint, party information). Plaintiff seeks damages of $250,000.00. (Exhibit A, at Complaint, generally).

3. Defendant Genpak LLC first received a copy of the Plaintiff's Complaint when it was purportedly served in this action by certified mail on February 26, 2020. Defendant Genpak has not yet filed its Answer or first responsive pleading to Plaintiff's Complaint.

4. Genpak LLC is a limited liability company organized under the laws of New York

1

and has its principal place of business in Mecklenburg County, North Carolina. Genpak is wholly owned by Jim Pattison Ltd., a foreign company headquartered in Vancouver, British Columbia, Canada.

5.     Because Plaintiff is a citizen of Alabama, and Defendant is not a citizen of Alabama, complete diversity of citizenship exists in this matter. *See* 28 U.S.C. § 1332.

6.     Plaintiff seek damages of $250,000.00. The amount in controversy in this case, exclusive of interest and costs, is therefore clearly in excess of $75,000.00, and removal is warranted. *See* 28 U.S.C. § 1332.

8.     Jurisdiction in this court is proper because diversity of citizenship exists under 28 U.S.C. § 1332(a) and the matter exceeds the threshold amount in controversy.

9.     Pursuant to 28 U.S.C. § 1446(b), the removal of this cause to this Court is timely, as it has been less than 30 days since receipt by the removing Defendant, through service or otherwise, of a copy of the initial pleading setting forth Plaintiff's claim for relief.

10.    Pursuant to 28 U.S.C. § 1446(d), Defendant Genpak LLC shall give written notice of this removal to the Plaintiff and also file a copy of said Notice with the Clerk of the Circuit Court for Montgomery County, Alabama.

11.    As required by 28 U.S.C. § 1441, the Defendant seeks to remove this case to the United States District Court for the Middle District of Alabama, Northern Division which is the District Court embracing the place where the state court lawsuit has been filed.

12.    By filing this Notice of Removal, Defendant Genpak LLC does not waive any defenses, including but not limited to lack of personal jurisdiction and insufficiency of service of process, or concede that Plaintiff has stated any claims upon which relief may be granted. In addition, if any questions arise as to the propriety of the removal of this action, Defendant Genpak

requests the opportunity to brief any disputed issues and to present oral argument in support of its position that this case is properly removable.

WHEREFORE, the above premises having been considered, Defendant Genpak LLC requests this Court make and enter proper orders to effectuate the removal of this cause from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division, and that no further or other proceedings shall be had with respect to this cause in the Circuit Court for Montgomery County, Alabama.

Respectfully Submitted this the 19th day of March, 2020.

/s/ Matthew Parten
MATTHEW R. PARTEN (PAR180)
ELIZABETH B. CARTER (BRA083)
Counsel for Defendant Genpak LLC

OF COUNSEL:

HILL, HILL, CARTER, FRANCO
   COLE & BLACK, P.C.
Post Office Box 116
Montgomery, AL 36101
(334) 834-7600 - Telephone
(334) 263-5969 - Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 19th day of March, 2020, I have filed the foregoing with the Clerk of the Court and have served a copy of the foregoing by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid upon the following:

Cedrick Grandison
*Pro Se*
2132 Council Street
Montgomery, AL 36108

/s/ Matthew Parten
Matthew R. Parten
OF COUNSEL