**In the Circuit Court of Montgomery County, Alabama**
Case Number: CV 2020-104

Cedrick D. Grandison    v.    Gerpak, LLC
Plaintiff(s)                  Defendant(s)

Address: 2132 Winner St
Montgomery, AL 36108

Address: 10601 Westlake Dr.
Charlotte, NC 28273

$250,000

Additional Defendant: 3255 Thomason Ave
Montgomery, AL 36108

I've been employed at Gerpak since 2014. I really enjoyed my job until my baby mother pursued me for child support. Afterwards, I still enjoyed my job.

My job became in jeopardy after my department was closed down. While working as an operator, I proved to Gerpak my worthiness and was promoted to Maintenance B. Now, I still had to operate machinery as a Main B. Gerpak hasn't allowed me to grow as a maintenance tech because they wouldn't hire nor train anyone to take my spot. After we shut down, roughly two months ago, Gerpak had my stagnant. Instead of allowing me to perform duties as a Maintenance B mechanic, they'd have me sweep floors, clean bathrooms, or run shrink wrap.

I'm no racial intellectual individual yet I can see discrimination throughout the entire plant. My department and the Paper dept. closed down. The maintenance men in the paper dept. all had opportunities to move to another department while ascertaining their titles. Myself and one other black mechanic didn't get the luxury to continue as techs. In another dept. He was formally demoted to operator. Now, I'm fully told that I'm an operator, yet no formal notice has been given to me. I've inquired about the maintenance position. They say I don't have enough skill sets to perform as a mechanic although I've haven't been given a fair chance. My title was that of a Maintenance Tech B.

Since my child's mother has inquired about her child support, this company has been discriminating on me due to this. I've had nothing but a hard time at Gerpak due to this. It's like they are retaliating against me for my baby mother. Gerpak lied on paperwork saying that I wasn't employed there yet I've been with the company for 6 plus years. With the lie, I'm now in the news for child support.

Plaintiff's Signature

Phone: (757) 800-6444

Genpak has fired the HR staff due to this.
Now, what is Genpak going to do about my child support being in the news?
Since all the shenanigans with Genpak and my child's mother, the company has been, in my eyes, discriminating against me. In order for Genpak to give anyone maintenance uniforms, he/she has to take a maintenance test. I've taken this exact test 4 times or less. The question is, why must I take this over yet no one else has. The same maintenance men from the Paper Dept. didn't have to retake this test, but why did I have to.
I have all the amenities of a maintenance tech but am being forced to operate or get laid-off. I'm not given an opportunity to flourish as a maintenance tech. As I'm acquiring about transitioning to the different department as a maintenance tech. All I'm hearing is that I'm an operator, yet my uniforms are issued by Genpak and my lock-out locks are orange not gold. All maintenance personnel has orange locks not gold. Without any formal notice, the company is insisting that I'm an operator yet my pay says different and my lock/uniforms say otherwise. If my title has been changed without my formal notice, then what am I to do? My title is that of a Maintenance Tech B. This is all I know. Looking at my file, I'm labeled as a Machine-Operator. I cannot fathom how I'm just kicked back into a role of an operator if I'm not given formal notice.
Since my child's mother has inquired about my child support, my punishment within the company is incomplete mystery. I'm impersonating a maintenance tech all in all while this company has me labeled as an Operator. I'm supposed to be full time but lately I'm not getting hours as a full time employee. Since my child's mother has inquired about the child support, this company has been doing things to damage my image. What am I to do? I've taken considerable issues. I've followed my chain of command. Now, they've given me an ultimatum: Operate the machinery or get fired!