

```
AVSO300                    ALABAMA JUDICIAL DATA CENTER
                              MONTGOMERY   COUNTY
                                   SUMMONS
                                                    CV 2020 000104.00
                                                    BROOKE E REID
```

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

CEDRICK D GRANDISON V. GENPAK, LLC

    SERVE ON: (D001)

                                                  PLAINTIFF`S ATTORNEY

    GENPAK LLC                           *** PRO SE ***
    10601 WESTLAKE DR

    CHARLOTTE     ,NC  28273-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.

( )  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( )  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 02/20/2020                  CLERK: GINA J. ISHMAN        BY:____
                                                                P O BOX 1667
                                                                MONTGOMERY   AL  36102
                                                                (334)832-1260

RETURN ON SERVICE:

( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
      (RETURN RECEIPT HERETO ATTACHED)

( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
      COMPLAINT TO _____
      IN _____ COUNTY, ALABAMA ON (DATE) _____

**DATE** _____        **SERVER SIGNATURE** _____

**SERVER ADDRESS** _____      **TYPE OF PROCESS SERVER** _____

OPERATOR: KHW
PREPARED: 02/20/2020

CV-2020-104 BER

| State of Alabama Unified Judicial System<br>Form ARCiv-93   Rev.8/18 | COVER SHEET<br>CIRCUIT COURT – CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>C V ☐☐☐☐ ☐☐☐☐ ☐☐·☐☐<br>Date of Filing:   Judge Code:<br>☐☐ ☐☐ ☐☐☐☐   ☐☐☐☐☐☐ |

### GENERAL INFORMATION

IN THE CIRCUIT COURT OF **MONTGOMERY**, ALABAMA
(Name of County)

Cedric Grandison v. Genpak, LLC

**First Plaintiff:** ☐ Business  ☒ Individual  ☐ Government  ☐ Other
**First Defendant:** ☒ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☒ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):
F ☒ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER:
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☒ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☒ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** ☐☐☐☐☐☐
Date: _____   Signature: Cedric Grandison
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☐ UNDECIDED

Election to Proceed under the Alabama Rules for Expedited Civil Actions: ☐ Yes ☐ No

DOCUMENT 1

DOCUMENT 33

## EMPLOYER'S ANSWER TO ORDER/NOTICE
## TO WITHHOLD INCOME FOR CHILD SUPPORT

☒ I acknowledge receipt of the Order/Notice to Withhold Income for Child Support
☒ Notice of Employee Status Change

Employee/Obligor Name: CEDRICK GRANDISON
Employee/Obligor SSN: ___
Case Number: 03DR201800041300
Custodial Parent/Party Name: MCNEAL TONYA
Employer Name: GENPAK
Employer Address: 68 WARREN STREET

GLENS FALLS, NY 12801

Obligor is _____ is not __X__ employed.
Obligor Status: NOT EMPLOYED    Status Date: 02/14/2019
Obligor last known address: _____

, AL

If employed, GENPAK will begin withholding from the Obligor's disposable earnings the total dollar amount ordered for all support payments in the court order with the next payroll.

Obligor's disposable earnings are: $ _____ per _____ payroll.

All questions concerning this document should be directed to 800-823-6731.

Sincerely,
ADP Garnishment Services

02/15/2019
Date

FEB 25 2019

Under the penalties provided by applicable law, ADP Garnishment Services certifies that the statements set forth in this instrument are true and correct and that, to the extent required by applicable law, a copy of this completed acknowledgment has been mailed to all parties required by law.

GNK1                                                                                           Page 1 of 1

DOCUMENT 1

## In the Circuit Court of Montgomery County, Alabama
Case Number: CV 2020-104

**Plaintiff(s):** Cedrick D. Grandison
**Address:** 2132 Winner St, Montgomery, AL 34108

**Defendant(s):** Genpak, LLC
**Address:** 1060 Westlake Dr., Charlotte, NC 28273

Over $250,000

**Additional Defendant:** 3255 Thompson Ave, Montgomery, AL 34105

I've been employed at Genpak since 2014. I really enjoyed my job until my baby mother pursued me for child support. Afterwards, I still enjoyed my job.

My job became in jeopardy after my department was closed down. While working as an operator, I proved to Genpak my worthiness and was promoted to Maintenance B. Now, I still had to operate machinery as a Mech B. Genpak hasn't allowed me to grow as a maintenance tech because they wouldn't hire nor train anyone to take my spot. After we shut down, roughly two months ago, Genpak had my signout. Instead of allowing me to perform duties as a Maintenance B mechanic, they'd have me sweep floors, clean bathrooms, or turn on/off scrap.

I'm no racial biased individual yet I can see discrimination throughout the entire plant. My department and the Paper dept. closed down. The maintenance men in the Paper dept all had opportunities to move to another department while ascertaining their titles. Myself and one other black mechanic didn't get the luxury to continue as techs. In another dept He was formally demoted to operator. Now, I'm fully filled that I'm an operator, yet no formal notice has been given to me. I've inquired about the maintenance position. They say I don't have enough skill sets to perform as a mechanic although I've haven't been given a fair chance. My title was that of a Maintenance Tech B.

Since my child's mother has inquired about her child support, this company has been discriminating on me due to this. I've had nothing but a hard time at Genpak due to this. It's like they are retaliating against me for my baby mother. Genpak lied on paperwork saying that I wasn't employed there yet I've been with the company for 6 plus years. With the lie, I'm now in the rears for child support.

**Plaintiff's Signature:** Cedrick D. Grandison
**Phone:** (757) 900-6444

Gunpak has fired the HR staff due to this.

Now, what is Gunpak going to do about my child support being in the news?

Since all the shenanigans with Gunpak and my child's mother, the company has been, in my eyes, discriminating against me. In order for Gunpak to give anyone maintenance uniforms, he/she has to take a maintenance test. I've taken this exact test 4 times or less. The question is, why must I take this over yet no one else has. The same maintenance men from the Paper dept. didn't have to retake this test, but why did I have to.

I have all the amenities of a maintenance tech but am being forced to operate or get laid-off. I'm not given an opportunity to flourish as a maintenance tech. As I'm shadowing about transitioning to the different department as a maintenance tech. All I'm hearing is that I'm an operator, yet my uniforms are issued by Gunpak and my lock-out locks are orange not gold. All maintenance personel has orange locks not gold. Without any formal notice, the company is insisting that I'm an operator yet my pay says different and my lock lanyards say otherwise. If my title has been changed without my formal notice, then what am I to do? My title is that of a Maintenance Tech B. This is all I know. Looking at my file, I'm labeled as a Machine Operator. I cannot fathom how I'm just kicked back into a role of an operator if I'm not given formal notice.

Since my child's mother has inquired about my child support, my positioning within the company is incomplete mystery. I'm impersonating a maintenance tech all in all while this company has me labeled as an Operator. I'm supposed to be full time but lately I'm not getting hours as a full time employee. Since my child's mother has inquired about the child support, this company has been doing things to damage my image. What am I to do? I've taken considerable blows. I've followed my chain of command. Now, they've given me an ultimatum: Operate the machinery or get fired!

| State of Alabama<br>Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 1 of 3  Rev. 9/2019 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**<br>(Request to Waive Filing Fees) | Court Case Number<br><br>CV-20-104 |
|---|---|---|

IN THE _Circuit_ COURT OF _Montgomery_ COUNTY, ALABAMA
(Circuit or District)                               (Name of County)

STYLE OF CASE: _Cedrick Grandison_  v.  _Gunpark, LLC_
                 (Plaintiff(s))                (Defendant(s))

☒ I, because of financial hardship, am unable to pay the fees and costs in this case. I request that payment of these fees and costs be waived initially and taxed as costs at the conclusion of the case.

**AFFIDAVIT**

1. **IDENTIFICATION**

   Full Name _Cedrick Dwayne Grandison_  Date of Birth [REDACTED] 1982
   Spouse's Full Name (if married) _____
   Complete Home Address _2132 Carmel St, Montgomery, AL 36108_

   Total Number of People I am Supporting Financially in Household Including Myself _5_
   Telephone Number (Cell) _(357) 800-6969_  (Home) _N/A_  (Other) _____
   State & Last 4 Digits of Driver License's Number _N/A_  Last 4 Digits of Social Security Number _7694_
   Employer's Name & Address _Gunpark, LLC, Montgomery, AL_  Employer's Telephone Number _____

2. **ASSISTANCE BENEFITS**

   Some of the residents in my household or I receive benefits from any of the following sources (check those which apply)
   ☐ Temporary Assistance for Needy Families (TANF)  ☒ Food Stamps  ☐ Medicaid
   ☐ Social Security Income (SSI)  ☐ Disability  ☐ Other: _____
   The monthly value of these benefits combined is $ _____.

   FILED '20 FEB 19 AM11:02
   MONTGOMERY CIRCUIT CT

3. **INCOME/EXPENSE STATEMENT**

   Monthly Gross Income:
   My monthly gross income is ........................................................... $ 3000
   My spouse's monthly gross income (unless a marital offense) is ............ $ 0
   My other monthly earnings (commissions, bonuses, interest income, etc.) are $ 0
   The combined monthly income received by other members of my household is $ 0
   Monthly Unemployment / Worker's Compensation, Social Security, Retirements, etc. $ 0
   Child Support Payment(s)/Alimony Received ................................... $ 0
   Other Monthly Income (be specific): _____  $ 0
   3a. TOTAL MONTHLY GROSS INCOME $ 3000

   The Monthly Expenses I pay are:

   Rent/Mortgage .............................................. $ 400
   Total Utilities: Gas, Electricity, Water, etc. ........ $ 225
   Food .......................................................... $ 250
   Clothing ..................................................... $ 75
   Health Care/Medical Insurance ....................... $ 0
   Car Payment(s)/Transportation Expenses ......... $ 100
   Loan Payment(s) ......................................... $ 0
   Credit Card Payment(s) ................................. $ 0
   Educational/Employment Expenses .................. $ 220
   Cell Phone Expenses .................................... $ 50
   Other Expenses (be specific): _____  $ 0

   3b. Subtotal ................................................ $ 1420
   3c. Child Support Payment(s)/Alimony (Subtotal) $ 1200
   3d. Exceptional Expenses (Subtotal) ................ $ 0
   3e. TOTAL MONTHLY EXPENSES (Add totals from 3b., 3c., & 3d. monthly only) $ 2620
   Total Monthly Gross Income (3a.) Minus Total Monthly Expenses (3e.) $ 380

| State of Alabama Unified Judicial System | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER (Request to Waive Filing Fees) | Court Case Number |
|---|---|---|
| Form C-10-CIVIL Page 2 of 3 Rev. 9/2019 | | |

4. **Assets**

My assets are as follows:

Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)  $ 0

Equity in Real Estate (value of property less what you owe)  $ 0

Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, TV, electronics, furnishing, jewelry, tools, guns, less what you owe)  $ 0

Other (be specific): _____  $ 0

Do you own anything else of value? ☐ Yes ☒ No
(land, house, boat, TV, stereo, jewelry)
If so, describe: _____  $ 0

**Total Assets**  $ 0

5. **Affidavit/Request**

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel, in addition to all or part of the costs associated with this case.

Sworn to and subscribed before me this

19th day of February, 2020

_____
(Judge/Clerk/Notary)

_____
(Affiant's Signature)

Cedrick D. Grandix
(Print or Type Name)

ELECTRONICALLY FILED
2/20/2020 11:41 AM
03-CV-2020-000104.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| GRANDISON CEDRICK D., <br> Plaintiff, | ) <br> ) <br> ) |
| V. | ) Case No.:    CV-2020-000104.00 <br> ) |
| GENPAK LLC, <br> Defendant. | ) <br> ) <br> ) |

## ORDER

AFFIDAVIT OF SUBSTANTIAL HARDSHIP filed by GRANDISON CEDRICK D. is hereby GRANTED.

DONE this 20th day of February, 2020.

/s/ BROOKE E REID
**CIRCUIT JUDGE**

AVSO300                    ALABAMA JUDICIAL DATA CENTER
                              MONTGOMERY     COUNTY
                                    SUMMONS
                                                          CV 2020 000104.00
                                                          BROOKE E REID

                    IN THE CIRCUIT   COURT OF MONTGOMERY    COUNTY
CEDRICK D GRANDISON V. GENPAK, LLC
     SERVE ON: (D001)
                                              PLAINTIFF'S ATTORNEY
                                              *** PRO SE ***
     GENPAK LLC
     10601 WESTLAKE DR
     CHARLOTTE      ,NC  28273-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
ATTORNEY(S) SHOWN

THIS ANSWER MUST                                          S AFTER THIS SUMMONS
AND COMPLAINT WERE                                        DEFAULT MAY BE
ENTERED AGAINST YO                                        NDED IN THE COMPLAINT.
YOU MUST ALSO FILE                                        E COURT BELOW.

( )  TO ANY SHERI                                         R RULES 4.1(B)(2) OR
     4.2(B)(2) OR                                         IVIL PROCEDURE;
     YOU ARE HERE                                         ND A COPY OF THE
     COMPLAINT IN

( )  THIS SERVICE                                         S INITIATED UPON THE
     WRITTEN REQU                                         UANT TO RULE 4.1(C)
     OF THE ALABA

DATE: 02/20/2020                                          ISHMAN            BY:
                                                          1667
                                                          RY   AL   36102
                                                          -1260

     RETURN ON SERV

( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
     (RETURN RECEIPT HERETO ATTACHED)

( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
     COMPLAINT TO _____
     IN _____ COUNTY, ALABAMA ON (DATE) _____

DATE _____         SERVER SIGNATURE _____

SERVER ADDRESS _____         TYPE OF PROCESS SERVER _____

OPERATOR: KHW
PREPARED: 02/20/2020

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  D. Remuth        □ Agent  □ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>DoeDee Rennick            2/26 |
| 1. Article Addressed to:<br>GenPak LLC<br>10601 Westlake DR<br>Charlotte, NC, 28273-0000 | D. Is delivery address different from item 1? □ Yes<br>   If YES, enter delivery address below:  □ No<br><br>CV-2020-000104<br>BER    SC |
| 9590 9402 1513 5362 9508 20 | 3. Service Type<br>□ Adult Signature<br>□ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>□ Certified Mail Restricted Delivery<br>□ Collect on Delivery<br>□ Collect on Delivery Restricted Delivery<br>□ ... Restricted Delivery | □ Priority Mail Express®<br>□ Registered Mail™<br>□ Registered Mail Restricted Delivery<br>□ Return Receipt for Merchandise<br>□ Signature Confirmation™<br>□ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 2140 0000 7400 4240 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

DOCUMENT 6



9590 9402 1513 5362 9508 20

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*



GINA J. ISHMAN
MONTGOMERY COUNTY CIRCUIT CLERK
P.O. BOX 1667
MONTGOMERY, AL 36102-1667

DOCUMENT 6